UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CASE NO. 8:23-cr-98-TPB-CPT
　　　　　　　　　　　　　　　　　　18 U.S.C. § 922(g)(1)
ANDRE PIERRIE　　　　　　　　　　18 U.S.C. § 924(a)(2)
　　　　　　　　　　　　　　　　　　18 U.S.C. § 924 (c)(1)(A)(i)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 20, 2022, in the Middle District of Florida, the defendant,

ANDRE PIERRIE,

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

　　Delivery of Cocaine, convicted on or about September 21, 2021; and

　　Escape from Law Enforcement, convicted on or about June 23, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a Smith and Wesson firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

### COUNT TWO

On or about November 20, 2022, in the Middle District of Florida, the defendant,

ANDRE PIERRIE

did knowingly and intentionally possess with intent to distribute, a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

## COUNT THREE

On or about November 20, 2022, in the Middle District of Florida, the defendant,

ANDRE PIERRIE,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with the intent to distribute methamphetamine, as alleged in Count Two above, Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One through Three are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of the violation of 18 U.S.C. § 922 and/or 924, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violations.

3. Upon conviction of a violation of 21 U.S.C.§ 841(a)(1), the defendant, shall forfeit to the United States, pursuant to 21 U.S.C.§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, a Smith and Wesson Air Rite, .38 special revolver seized from the defendant on or about April 5, 2022.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Maria Guzman
Assistant United States Attorney

By: *[signature]*
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and
Narcotics Section

FORM OBD-34
March 23

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANDRE PIERRIE

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), 18 U.S.C. §924 (c)(1)(A)(i)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of March, 2023.

_____
Clerk

Bail $_____

GPO 863 525